UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61408-Civ-Seitz/O'Sullivan

RENEE J. FECTEAU,

      Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

      Defendant.
_____/

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed R. Civ. P. 56, Plaintiff, RENEE J. FECTEAU, moves this Court for an entry of partial summary judgment on the basis that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA"), and, in support thereof, states as follows:

1.      It is undisputed that Defendant placed 27 telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system without Plaintiff's prior express consent. Minimum statutory damages under the TCPA are $500 per violation. The statute does not provide for discretion in the determination of minimum statutory damages. Plaintiff's minimum statutory damages are $13,500 ($500 x 27). The Court may treble the $500 upon a showing that the violations were willful or knowing. Because Defendant made no effort whatsoever to comply with the TCPA, its violations are willful and the $500 minimum statutory damages should be trebled to $1,500 per call, however, Plaintiff believes the issue of whether the violations were willful or knowing involves

disputed facts and is therefore properly left to the jury. The issue of whether the Defendant placed 27 calls to Plaintiff's cellular telephone using an automated telephone system without her express prior consent is undisputed. Plaintiff seeks a partial summary judgment on the minimum statutory damages of $13,500 ($500 x 27 calls) for the calls placed to Plaintiff's cellular telephone and a permanent injunction prohibiting Defendant from continuing to place such calls to Plaintiff's cellular telephone.

2.      The magnitude of Defendant's violations are enormous: Defendant makes between 50,000 and 100,000 calls *per day* to consumers using an automated telephone dialing system in an effort to collect debts. PSMF #12. Curtailing Defendant's wide-spread violations of the TCPA against all consumers is the reason Congress adopted minimum statutory damages as a remedy for any Plaintiff who brings suit. The imposition of statutory damages may give Defendant a reason to adopt practices designed to prevent future violation, practices Defendant admits it does not now have.

3.      In support of this motion, Plaintiff submits the accompanying Memorandum and Plaintiffs' Statement of Material Facts with supporting Appendices. As set forth in Plaintiff's Memorandum, the undisputed facts establish that Defendant has violated the TCPA.

WHEREFORE, Plaintiff respectfully requests that partial summary judgment be entered in her favor against for statutory damages of $13,500 for violation of the TCPA, and injunctive relief with the jury to determine if Defendant's violations were willful or knowing.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61408-Civ-Seitz/O'Sullivan

RENEE J. FECTEAU,

      Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

      Defendant.
_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>March 16, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    <u>s/Donald A. Yarbrough</u>
                                      Donald A. Yarbrough, Esq.

### SERVICE LIST

Mr. Carlos D. Cabrera, Esq.
Conroy, Simberg, Ganon, Krevans & Abel
Second Floor
3440 Hollywood Boulevard
Hollywood, FL 33021
Telephone: 954-518-1370
Facsimile: 954-967-8577

<u>Via Notices of Electronic Filing generated by CM/ECF</u>