UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61408-Civ-Seitz/O'Sullivan

RENEE J. FECTEAU,

    Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## DECLARATION OF RENEE J. FECTEAU
## IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    I, RENEE J. FECTEAU, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

    1.    I am over 18 years of age and I have personal knowledge of the facts stated herein.

    2.    I am the Plaintiff in this lawsuit.

    3.    My cellular telephone number is 954-296-0704.

    4.    I never provided my cellular telephone number to Quest Diagnostics, Inc. or Defendant.

    5.    I never authorized Quest Diagnostics, Inc. or Defendant to call my cellular telephone number using an automatic telephone dialing system or using pre-recorded messages.

    Executed this 16 day of March, 2010.

                                                        s/ Renee J. Fecteau
                                                        Renee J. Fecteau

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61408-Civ-Seitz/O'Sullivan

RENEE J. FECTEAU,

    Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on March 16, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Carlos D. Cabrera, Esq.
Conroy, Simberg, Ganon, Krevans & Abel
Second Floor
3440 Hollywood Boulevard
Hollywood, FL 33021
Telephone: 954-518-1370
Facsimile: 954-967-8577

Via Notices of Electronic Filing generated by CM/ECF