UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61408-Civ-Seitz/O'Sullivan

RENEE J. FECTEAU,

    Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

This Court having been presented Plaintiff's Second Motion for Extension of Time to File Motion for Summary Judgment (DE-40), and having reviewed the same and being otherwise duly advised in the premises it is hereupon,

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED. Plaintiff shall file her motion for summary judgment by March 16, 2010.

DONE AND ORDERED in the Southern District of Florida this 16th day of March, 2010.

PATRICIA A. SEITZ
United States District Judge

cc:    All counsel of record.