UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61408-Civ-Seitz/O'Sullivan

**CLOSED CIVIL CASE**

RENEE J. FECTEAU,

    Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
D/B/A AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE-47). The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved. Accordingly, it is hereby

ORDERED that:

1. This case is DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs and fees except as otherwise agreed by the parties.

3. All pending motions are denied as moot.

4. This case is CLOSED.

DONE AND ORDERED in Miami, Florida this 6th day of April, 2010.

                                                          *Patricia A. Seitz*
                                                          PATRICIA A. SEITZ
                                                          United States District Judge

cc:     Donald A. Yarbrough, Esq., Counsel for Plaintiff
           Carlos D. Cabrera, Esq., Counsel for Defendant