UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61408-CIV-SEITZ/O'SULLIVAN

RENEE J. FECTEAU,
    Plaintiff,

v.

RETRIEVAL-MASTERS
CREDITORS BUREAU, INC.,
    Defendant.
_____/

## FINAL DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 47]. The parties request the Court dismiss this action with prejudice because the parties amicably resolved all matters in controversy. Furthermore, the parties stipulate that except as otherwise agreed by the parties, each party will bear its own attorney's fees and costs. Upon review, it is

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE.

(2) Except as otherwise agreed by the parties, each party shall bear its own attorney's fees and costs.

(3) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(4) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 8th day of April, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge John J. O'Sullivan
All counsel of record